IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL MARTINEZ ORTIZ
ROSAIDA LOPEZ SANCHEZ

CASE NO. 11-05867-MCF

CHAPTER 13

DEBTOR(S)

NOTICE TO CREDITORS
AND PARTIES IN INTEREST

Notice is hereby given to all creditors and parties in interest that a hearing will be held in the courtroom of the Hon. Mildred Caban Flores, located at the United States Bankruptcy Court, Courthouse Building, Fifth Floor, Court Room 5, Recinto Sur Street, Old San Juan, Puerto Rico on October 28, 2011 at 1:30 pm to act upon the following matters:

CONFIRMATION ON FAST TRACK
of the plan dated: September 12, 2011

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest included in the service list attached to the original hereof.

In San Juan, Puerto Rico, this 9/20/2011

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

11-05867-MCF                              CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ADMINISTRACION PARA EL SUSTENTO DE MENORES<br>PO BOX 71316<br>SAN JUAN, PR  00936-8416 | Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR  00918 |
| BANCO POPULAR DE PUERT<br>GPO BOX 2708<br>SAN JUAN, PR  00936 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 |
| BANCO SANTANDER PR<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | Bp-crline<br>Gpo Box 2708<br>San Juan, PR  00936 |
| COMMOLOCO<br><br>,  00000 | Gemb/sams Club<br>Po Box 981400<br>El Paso, TX  79998 |
| MIGUEL ANGEL MARTINEZ ORTIZ<br>EXT VILLAS DE BUENAVENTURA<br>502 DIAMANTE STREET<br>YABUCOA, PR  00767 | PREFERRED CREDIT INC<br>PO BOX 1679<br>ST CLOUD, MN  56302-1679 |
| RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 |
| SCOTIABANK DE PUERTO R<br>RD 100 & 177<br>SAN JUAN, PR  00928 | |
| MIGUEL ANGEL MARTINEZ ORTIZ and ROSAIDA LOPEZ SANCHEZ<br>EXT VILLAS DE BUENAVENTURA<br>502 DIAMANTE STREET<br>YABUCOA, PR  00767 | |

DATED: September 20, 2011          s/Mario Matos
OFFICE OF THE CHAPTER 13 TRUSTEE