# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **MIGUEL ANGEL MARTINEZ ORTIZ** <br> **ROSAIDA LOPEZ SANCHEZ** <br><br> **Debtors** | CASE NO. 11-05867 SEK <br><br><br> CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

**NOW COMES** the law firm of Law Offices Herrero III and Rodríguez Ortiz, P.S.C., by the undersigned attorney and hereby enters its appearance in this case on behalf of R-G PREMIER BANK OF PUERTO RICO now part of SCOTIABANK DE PUERTO RICO and requests that all pleadings, orders, notices and other documents filed and entered in this case or any related proceedings be served on undersigned attorneys.

**SERVED** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to **Trustee,** Alejandro Oliveras Rivera, **Attorney for Debtor,** Roberto Figueroa Carrasquillo and by US Postal Service to **Debtor,** Miguel Angel Martínez Ortiz and Rosaida López Sánchez, Ext Villas De Buenaventura, 502 Calle Diamante, Yabucoa, PR 00767.

San Juan, Puerto Rico, this 20th of September, 2011.

**LAW OFFICES HERRERO III & RODRIGUEZ ORTIZ, P.S.C,**
P.O. Box 362159
San Juan, Puerto Rico 00936-2159
Tel. 754-5000, Fax. 754-5001

/s/ ISMAEL H. HERRERO, III
USDC-PR #203002
E-mail:herreroiIII@herrerolaw.com