IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL MARTINEZ ORTIZ                                    CASE NO.   11-05867-MCF
ROSAIDA LOPEZ SANCHEZ


                                                               CHAPTER 13
DEBTOR(S)

AMENDED

NOTICE TO CREDITORS
AND PARTIES IN INTEREST

Notice is hereby given to all creditors and parties in interest that a hearing will be held in the courtroom of the
Hon. Mildred Caban Flores, located at the United States Bankruptcy Court, Courthouse Building, Third Floor,
Court Room 3, Recinto Sur Street, Old San Juan, Puerto Rico on November 18, 2011 at  1:30 pm to act upon
the following matters:

CONFIRMATION ON FAST TRACK
of the plan dated: September 12, 2011

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above
document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to
all those who in this case have registered for receipt of notice by electronic mail. I further certify that the
foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov  and by depositing true and
correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants:
debtor(s) and parties in interest included in the service list attached to the original hereof.

In San Juan, Puerto Rico, this 10/24/2011

                                                /s/ ALEJANDRO OLIVERAS RIVERA
                                                ALEJANDRO OLIVERAS RIVERA
                                                STANDING CHAPTER 13 TRUSTEE
                                                PO BOX 9024062
                                                SAN JUAN PR 00902-4062
                                                TEL. (787)977-3500 FAX (787)977-3521

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ADMINISTRACION PARA EL SUSTENTO DE MENORES<br>PO BOX 71316<br>SAN JUAN, PR  00936-8416 | Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR  00918 |
| BANCO POPULAR DE PUERT<br>GPO BOX 2708<br>SAN JUAN, PR  00936 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 |
| BANCO SANTANDER PR<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | Bp-crline<br>Gpo Box 2708<br>San Juan, PR  00936 |
| COMMOLOCO INC<br>BANKRUPTCY DEPARTMENT<br>PO BOX 363769<br>SAN JUAN, PR  00936-3769 | COMMOLOCO INC<br>C/O MONICA RODRIGUEZ VILLA<br>PO BOX 363769<br>SAN JUAN, PR  00936-3769 |
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131-1605 | MIGUEL ANGEL MARTINEZ ORTIZ<br>EXT VILLAS DE BUENAVENTURA<br>502 DIAMANTE STREET<br>YABUCOA, PR  00767 |
| PREFERRED CREDIT INC<br>PO BOX 1679<br>ST CLOUD, MN  56302-1679 | RELIABLE FINANCIAL SERVICES<br>C/O CARLOS E PEREZ PASTRANA<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | SCOTIABANK DE PUERTO RICO<br>C/O LAW OFFICES HERRERO III & RODRIGUEZ<br>ORTIZ P S<br>PO BOX 362159<br>SAN JUAN, PR  00936-2159 |
| SCOTIABANK DE PUERTO RICO<br>PO BOX 362394<br>SAN JUAN, PR  00936-2394 | |

MIGUEL ANGEL MARTINEZ ORTIZ and ROSAIDA LOPEZ SANCHEZ

EXT VILLAS DE BUENAVENTURA

502 DIAMANTE STREET

YABUCOA, PR  00767

......................................................................................................................................

DATED:     October 24, 2011

         Page 2 of 2        - CASE NO.    11-05867-MCF

/S/WALTER LUGO

OFFICE OF THE CHAPTER 13 TRUSTEE